**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| JACKIE LAMBERT #109947 | CIVIL ACTION NO. 24-1206-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| TIM HOOPER | MAGISTRATE JUDGE AYO |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for habeas corpus be **DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d).

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 25th day of June, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE